IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,

      Plaintiff,                          No. CIV S-07-0399 FCD EFB P

      vs.

CALIFORNIA ATTORNEY
GENERAL, et al.,

      Defendants.            <u>ORDER</u>

      Plaintiff, a state prisoner without counsel, has filed a civil rights action under 42 U.S.C. § 1983. He alleges a violation of his civil rights occurring in Kings County, California. Actions arising out of Kings County must be filed in the Fresno Division of this court. *See* Local Rule 3-120(b).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

////

////

1

1   3. All future filings shall bear the new case number and shall be filed at:

2      United States District Court
       Eastern District of California
3      2500 Tulare Street
       Fresno, CA 93721
4

5   Dated: March 27, 2007.

6

7   _____
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

2